FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERASMO VALENCIA-MENDOZA, (01),<br><br>Defendant. | No.   4:17-CR-06042-SMJ-1<br><br>**PROTECTIVE ORDER** |

Before the Court, without oral argument, is the United States' Unopposed Motion for a Protective Order, ECF No. 51. Having reviewed the pleadings and the file in this matter, the Court is fully informed and finds that good cause exists to enter the proposed protective order.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The United States' Unopposed Motion for a Protective Order, **ECF No. 51**, is **GRANTED.**

**2.** The United States will provide discovery materials (including Protected Discovery) on an on-going basis to defense counsel;

ORDER **-** 1

3. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents;

4. Defense counsel may show to, and discuss with the Defendant the discovery material, including Protected Discovery;

5. Defense counsel shall not provide original or copies of discovery materials directly to the Defendant;

6. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the protective order;

7. The United States and defense counsel may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to this cause. Any reference to the content of the Protected Discovery shall be filed under seal, until further order of the Court.

8. The parties may seek relief from this Order for good cause shown.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 29th day of June 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge