PROB 12C
(6/16)

Report Date: September 17, 2026

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2026

SEAN F. MCAVOY, CLERK

ECF No. 116

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Erasmo Valencia-Mendoza Case Number: 0980 4:17CR06042-MKD-1

Address of Offender: [redacted] Kennewick, Washington 99336

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: February 7, 2019

Original Offense: Ct. 1 and 3: Distribution of 50 Grams or More of Actual Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)

Original Sentence: Prison - 60 months
TSR -5 years

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Caitlin A. Baunsgard

Date Supervision Commenced: August 8, 2022

Defense Attorney: Adam Pechtel

Date Supervision Expires: August 7, 2027

---

**PETITIONING THE COURT**

To issue a **warrant**.

On August 11, 2022, a United States Probation Officer reviewed all the conditions of supervised release with Mr. Valencia-Mendoza. He verbalized an understanding and signed a copy of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: On August 11, 2022, the defendant was instructed to complete a monthly written supervision report by the 5th of each month as part of his reporting instructions. He had been compliant with the instructions until he failed to complete a written monthly supervision report as directed since May 2026. |
| 2 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |

**<u>Supporting Evidence</u>**: On September 15, 2026, the probation officer made telephonic contact with the defendant's wife who agreed to give Mr. Valencia-Mendoza the message for him to contact the probation officer by September 16, 2026. Mr. Valencia-Mendoza failed to report as directed.

3 **<u>Standard Condition #7</u>**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**<u>Supporting Evidence</u>**: On September 17, 2026, after contacting Mr. Valencia-Mendoza's supervisor from his last known employer, Rotschy Inc., the probation officer learned the defendant was terminated from employment for violating company policy on June19, 2026. Mr. Valencia-Mendoza failed to report a change in employment, as required.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/17/2026

s/Elizabeth Lee

Elizabeth Lee
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

9/17/2026

Date